AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

STEVEN HARRIS and GARRY CAMPBELL,

        Plaintiffs,

        v.

BLUERAY TECHNOLOGIES SHAREHOLDERS, INC., et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-342-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiffs' first and second causes of action are dismissed to the extent they are based upon 42 U.S.C. § 1437f(c)(8).

The plaintiffs' state claims are remanded to state court.

October 23, 2009
*Date*

JAMES R. LARSEN
*Clerk*

s/ Shirley Peters
*(By) Deputy Clerk*

Shirley Peters